```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 14597
   DONALD L PAULSEN JR
   ANDREA R PAULSEN                            CHAPTER 13

                                               JUDGE: A. BENJAMIN GOLDGAR

       Debtor
   SSN XXX-XX-0875     SSN XXX-XX-6127

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/08/06 and confirmed on 01/12/07.

   2.  The case was dismissed after confirmation, 09/12/2008.

   3.  The Debtor paid a total of $  22200.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
WELLS FARGO HOME MORT     CURRENT MORTG          .00          .00          .00
WELLS FARGO HOME MORT     MORTGAGE ARRE      16683.40          .00       2346.52
BAXTER CREDIT UNION       SECURED                .00          .00          .00
BAXTER CREDIT UNION       SECURED           11772.83       989.35       8035.27
BAXTER CREDIT UNION       SECURED VEHIC      3332.89          .00       2566.96
CHASE AUTOMOTIVE FINANCE  SECURED VEHIC      8926.62       656.71       4505.41
BAXTER CREDIT UNION       UNSECURED          2908.85          .00          .00
BP AMOCO                  UNSECURED         NOT FILED         .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED          9612.48          .00          .00
HOME DEPOT                UNSECURED         NOT FILED         .00          .00
KOHLS                     UNSECURED            77.97          .00          .00
ROUNDUP FUNDING LLC       UNSECURED          6777.43          .00          .00
WORLD FINANCIAL NETWORK   UNSECURED           312.92          .00          .00
ECAST SETTLEMENT CORPORA  UNSECURED          5458.40          .00          .00
WELLS FARGO FINANCIAL IN  UNSECURED          2293.96          .00          .00
WELLS FARGO FINANCIAL IN  UNSECURED          2859.69          .00          .00
SMC                       UNSECURED           227.05          .00          .00
ALISON BOURDEAU           CHILD SUPPORT    NOT FILED          .00          .00
BAXTER CREDIT UNION       MORTGAGE ARRE       957.75          .00        134.72

CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID         PAID
------------------------------------------------------------------------
      Summary of disbursements:
------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED 41673.49        .00      30528.75        .00      72202.24
PRINCIPAL PAID     17588.88        .00          .00         .00      17588.88
INTEREST PAID       1646.06        .00          .00         .00       1646.06
TOTAL PAID         19234.94        .00          .00         .00      19234.94
```

The Debtor's attorney, FELD & KORRUB LLC, was allowed $ 2500.00 and was paid $ 500.00 direct and $ 2000.00 through the plan.

The Trustee received $ 965.06 .

Refunds to the Debtor totaled $ .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/16/08              /S/
                              GLENN STEARNS
                              CHAPTER 13 TRUSTEE